**Order entered April 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01323-CR
No. 05-12-01349-CR

**ERIC JERMOND DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-71411-W, F11-59063-W**

## ORDER

The Court **REINSTATES** the appeals.

On January 15, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed in these appeals. The findings were due within thirty days of the date of the order. To date, however, we have not received, the findings, appellant's brief, or a response to either of two letters inquiring about the status of the findings. The appeals cannot proceed until the issue of appellant's brief is resolved.

Accordingly, we **ORDER** the Honorable Tracy Holmes, Presiding Judge of the 363rd Judicial District Court, to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the Honorable Tracy Holmes shall make appropriate findings and

recommendations and determine whether appellant desires to prosecute the appeals, whether appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeals. *See* TEX. R. APP. P. 38.8(*b*). If the Honorable Tracy Holmes cannot obtain appellant's presence at the hearing, the Honorable Tracy Holmes shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the Honorable Tracy Holmes is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the Honorable Tracy Holmes to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **TWENTY-ONE DAYS** of the date of this order.

The appeals are **ABATED** to allow the Honorable Tracy Holmes to comply with the above order. The appeals shall be reinstated twenty-one days from the date of this order or when the findings are received, whichever is earlier.

/s/     DAVID EVANS
        JUSTICE